IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 96-30384
Summary Calendar

JAMIL A. AMIN,

Plaintiff-Appellant,

versus

STEVE STONEBREAKER ET AL.,

Defendants,

A. J. CHRISTINA, Justice of the Peace;
MARTHA SASSONE, Judge, Division "K"
24th Judicial District Court;

Defendants - Appellees,

GEORGE W. GIACOBBE,

Movant - Appellee.

- - - - - - - - - -
CONSOLIDATED WITH
No. 96-31119
- - - - - - - - - -

JAMIL A. AMIN,

Plaintiff - Appellant,

versus

STEVE STONEBREAKER, Estate of, ET AL.,

Defendants,

STEVE STONEBREAKER, ET AL.,

Defendants - Appellees,

GEORGE W. GIACOBBE,

Movant - Appellee.

- - - - - - - - - - -

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 95-CV-1132-L
- - - - - - - - - - -

November 6, 1997

Before KING, HIGGINBOTHAM and DAVIS, Circuit Judges.

PER CURIAM:[*]

In these consolidated appeals Jamil A. Amin appeals the decisions of the district court dismissing, pursuant to Fed. R. Civil P. 12(b)(6), claims against defendants A.J. Christina, Martha Sassone, and George Giacobbe.  Amin also appeals the district court's summary judgment in favor of the "estate of Steve Stonebreaker," Pine Lane Village Apartments, and Diane Petrie.  We affirm for the reasons cited by the district court. Amin v. Stonebreaker et al., 95-CV-1132-L (E.D. La., Feb. 2, 5 and Sept. 27, 1996).

AFFIRMED; ALL OUTSTANDING MOTIONS MADE BY AMIN ARE DENIED.

---

[*]  Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.